**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001099
28-AUG-2012
08:44 AM**

NO. CAAP-11-0001099

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BENNY YADAO, Claimant-Appellant,
v.
OAHU TRANSIT SERVICES, INC., Employer-Appellee, Self-Insured,
and
BRANDVOLD KU, INC., Insurance Adjuster-Appellee,
and
SPECIAL COMPENSATION FUND, Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2009-451 (2-04-13017))

ORDER APPROVING THE AUGUST 17, 2012
STIPULATION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation and Order to Dismiss Appeal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the stipulation is approved, and this appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, August 28, 2012.

Presiding Judge

Associate Judge

Associate Judge